**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CURTIS HARVEY MERCHANT, | No. 11-55724 |
| Plaintiff - Appellant, | D.C. No. 3:09-cv-00856-WQH-NLS |
| v. | |
| H. LOPEZ, Correctional Food Manager II; et al., | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Southern District of California
William Q. Hayes, District Judge, Presiding

Submitted December 19, 2012[**]

Before:     GOODWIN, WALLACE, and FISHER, Circuit Judges.

California state prisoner Curtis Harvey Merchant appeals pro se from the

district court's summary judgment in his 42 U.S.C. § 1983 action alleging

retaliation in violation of the First Amendment. We have jurisdiction under 28

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

U.S.C. §1291.  We review de novo.  *Jones v. Blanas*, 393 F.3d 918, 926 (9th Cir. 2004).  We affirm.

The district court properly granted summary judgment because Merchant failed to raise a genuine dispute of material fact as to whether defendants' actions did not reasonably advance a legitimate correctional goal in light of defendant Weitzeil's stated concern for her safety.  *See Pratt v. Rowland*, 65 F.3d 802, 806 (9th Cir. 1995) (a prisoner plaintiff "bears the burden of pleading and proving the absence of legitimate correctional goals for the conduct of which he complains"); *see also Karam v. City of Burbank*, 352 F.3d 1188, 1194 (9th Cir. 2003) (speculation as to defendant's improper motive does not rise to the level of evidence sufficient to raise a triable dispute of fact).

**AFFIRMED.**